AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cudahy, Richard D | Court of Appeals/7th Circuit | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Chambers 2648<br>219 South Dearborn Street<br>Chicago, IL 60604 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

RECEIVED 2008 MAY 22 A 10: FINANCIAL DISCLOSURE OFFICE

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman of the Board of Directors | ▉▉▉▉ Cudahy Fund |
| 2. | Chairman | Gender Bias Committee/7th Circuit Court of Appeals |
| 3. | Member and Fellow | American Bar Association |
| 4. | Member, Council Group | American Bar Association Section on Public Utilities, Communications & Transportation |
| 5. | Member | The Lawyers Club of Chicago |
| 6. | Member | Federal Judges' Association |
| 7. | Trustee Emeritus and Member of Investment Committee | Catholic Theological Union, Chicago, Illinois |
| 8. | Member | American Legion |
| 9. | Co-Trustee | Richard D. Cudahy ● T #1, #2 |
| 10. | Member | Union League Club of Chicago |
| 11. | Member | Advisory Committee to the Center for International Human Rights at Northwestern University |
| 12. | Member | Foundation Advisory Board of the International Aviation Law Institute at DePaul University |
| 13. | Member | Visiting Committee of the University of Chicago Divinity School |
| 14. | Honorary Judicial Member | IPLAC - Intellectual Property Law Association of Chicago |
| 15. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Prudential Retirement (⬛⬛⬛⬛ Cudahy Pension Plan B) | $ 1,451 |
| 2. 2007 | West Services, book royalties | $ 969. |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Salary as Medical Doctor for Advocate Northside Health System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Constitution Society | July 26-28, 2007 | Washington, DC | Cudahy Writing Comp. Ann. | air fare, lodging, meal |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RICHARD D. CUDAHY, Personal | | | | | | | | | |
| 2. -Cash Northern Trust Chicago | A | Interest | K | T | | | | | |
| 3. -Cash Marshall&Ilsley Milw | A | Interest | J | T | | | | | |
| 4. -Federated Treas Obl Fund (Y) | E | Interest | | | | | | | |
| 5. Schwab Govt Money Fund | E | Interest | K | T | | | | | |
| 6. -U S Treas Note | D | Interest | | | Sell | 2/15 | L | C | |
| 7. -U S Treas Note | C | Interest | M | T | | | | | |
| 8. -U S Treas Note | C | Interest | M | T | | | | | |
| 9. -U S Treas Sec Stripped | | | M | T | | | | | Col. B (2)--Market disct accretion |
| 10. Tulsa County OK Indp Sch Dis | D | Interest | M | T | | | | | |
| 11. Santa Clara CA Uni Sch Dist | D | Interest | M | T | | | | | |
| 12. -Albuquerque NM StormSewer | C | Interest | | | Matured | 7/1 | L | A | |
| 13. -Clark Cnty NV Flood Control | D | Interest | M | T | | | | | |
| 14. -Port Seattle WA | D | Interest | M | T | | | | | |
| 15. -El PasoCnty TX | D | Interest | M | T | | | | | |
| 16. -Salt Lake Cnty UT | C | Interest | M | T | | | | | |
| 17. -McKinney TX Ser B | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Jordan UT School | C | Interest | M | T | | | | | |
| 19.   -Mississippi ST | C | Interest | M | T | | | | | |
| 20.   -Arlington TX ISD | C | Interest | M | T | | | | | |
| 21.   -Gulf Coast Waste TX | C | Interest | M | T | | | | | |
| 22.   -OH ST Bldg Auth | C | Interest | L | T | | | | | |
| 23.   -Columbus NE Comb. | C | Interest | L | T | | | | | |
| 24.   -Wichita, KS | D | Interest | M | T | | | | | |
| 25.   -King Co. WA | D | Interest | M | T | | | | | |
| 26.   -Utah ST | D | Interest | M | T | | | | | |
| 27.   -Univ. AL Gen | C | Interest | M | T | | | | | |
| 28.   -Nicholas Fund | B | Dividend | N | T | | | | | |
| 29.   -Vanguard GoldPrecMetals | C | Dividend | M | T | Buy | 3/21 | J | | |
| 30. | | | | | Buy | 12/17 | K | | |
| 31.   Newmont Mining | A | Dividend | | | Sell | 5/23 | K | | |
| 32.   -First Eagle Gold | D | None | M | T | Buy | 2/26 | K | | |
| 33. | | | | | Buy | 12/13 | J | | |
| 34.   -Agnico Eagle Mines | A | None | K | T | Buy | 10/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Kinross Gold | A | None | K | T | Buy | 10/11 | K | | |
| 36. -Barrick Gold Corp. | B | None | K | T | Buy | 10/11 | K | | |
| 37. -Franklin Gold | D | None | M | T | Buy | 5/23 | K | | |
| 38. | | None | | | Buy | 12/3 | J | | |
| 39. Streettracks Gold Tr | | None | L | T | | | | | |
| 40. -Genworth Life Ins. Co. | D | Distribution | M | T | | | | | |
| 41. -Marshl/IlslyBnkMilwIRA-Cash (Y) duplication | B | Interest | K | T | | | | | |
| 42. -USBank Milw IRA Cash | A | Interest | K | T | | | | | |
| 43. -NuveenTaxExUnitTrusts | A | Dividend | J | T | | | | | |
| 44. Haw St Ser BQ Reg CMP (X) | B | Interest | K | T | | | | | |
| 45. -HarrisBnkWinnetka Cash/CashEq | B | Interest | J | T | | | | | |
| 46. -HarrisBnkWinnetka C/D | C | Interest | M | T | | | | | |
| 47. -HarrisBnkWintka Prem Savers | C | Interest | K | T | | | | | |
| 48. -Marshl/IlslyBnkMilw C/D (IRA) | B | Interest | K | T | | | | | |
| 49. -NuveenMuniFund | B | Dividend | K | T | | | | | |
| 50. -VanKampenValuMuniTrust (Y) duplication | | | | | | | | | |
| 51. VanKampen Advtg Muni Tr II | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns E1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Centennial MonMkt Tr | B | Dividend | J | T | | | | | |
| 53. -NuveenSelectTaxFreeIncome (Tr 525) | A | Dividend | J | T | | | | | |
| 54. -Municipal Advantage Fund (PIMCO) | A | Dividend | K | T | | | | | |
| 55. -Nuveen Municipal Value Fund | A | Dividend | K | T | | | | | |
| 56. -Neuberger Berman Mun Fund (Intermediate) | B | Dividend | K | T | | | | | |
| 57. -Blackrock Muni Tr. II | B | Dividend | K | T | | | | | |
| 58. RICHARD D. CUDAHY ●T #1 - NORTHERN TR CO-TTE | G | | P2 | T | | | | | B2=div, int, cap gain distributions |
| 59. -Short-term Investments & Cash | | Interest | | T | | | | | |
| 60. -MFB Northern Grwth Eqty Fund | | Dividend | | T | | | | | |
| 61. -MFB Northern Intnatl GrEqFnd | | Dividend | | T | | | | | |
| 62. -MFB Northern SmallCapIndexFnd | | Dividend | | T | | | | | |
| 63. -MA (St. Cons) Refunding | | Interest | | | Matured | 11/1 | M | | |
| 64. -Santa Fe NM Com Coll | | Interest | | T | Buy | 12/13 | M | | |
| 65. -Southern IL Univ | | Interest | | T | | | | | |
| 66. -Atlanta GA Dev Auth | | Interest | | T | | | | | |
| 67. -NJ Environmental | | Interest | | T | | | | | amort/accrete |
| 68. -Maryland | | Interest | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Forest Hills MI PubSchl | | Interest | | T | | | | | |
| 70.   -Summit NJ | | Interest | | T | | | | | amort/accrete |
| 71.   -Henrico Cnty VA | | Interest | | T | | | | | amort/accrete |
| 72.   RICHARD D CUDAHY ⬤T #2/H Fuldner, Milw - Co-Ttee | G | | P1 | T | | | | | B2=di, int, cap gain distributions |
| 73.   -Federated Treas Oblgatns Fd  (Y) | | Interest | | T | | | | | |
| 74.   -Schwab Govt. Money Fund | | Interest | | T | | | | | |
| 75.   -U.S. Treas Note | | | | T | | | | | |
| 76.   -U.S. Treas Note | | Interest | | T | | | | | |
| 77.   -U.S. Treas. Note | | Interest | | T | | | | | |
| 78.   -U.S. Treas. Note | | Interest | | T | | | | | |
| 79.   -U.S. Treas. Note | | Interest | | | Sell | 10/31 | L | A | |
| 80.   -Ishares Msci Emerg. Mkts Ind. Fund | | Dividend | | | | | | | |
| 81.   TX St Pub Fin. Auth Rev. | | Interest | | T | | | | | |
| 82.   -Tempe AZ | | Interest | | T | | | | | |
| 83.   -Arlington TX | | Interest | | | Sell | 8/15 | K | | |
| 84.   -Clark Cnty NV | | Interest | | T | | | | | |
| 85.   -Sapulpa OK Cap Impr | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | PI =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Kentucky Interlocal Sch Trans Auth. | | Interest | | T | | | | | |
| 87.  -Portsmouth VA  Prf | | Interest | | T | | | | | |
| 88.  -Portsmouth VA | | Interest | | T | | | | | |
| 89.  -Travis Cnty TX | | Interest | | T | | | | | |
| 90.  -Montgomery Co. MD Pkg Rev. | | Interest | | T | Buy | 9/14 | L | | |
| 91.  -Gulf Coast Waste TX | | Interest | | T | | | | | |
| 92.  -Tacoma WA Water | | Interest | | T | | | | | |
| 93.  -Pulaski Cnty AR | | Interest | | T | | | | | |
| 94.  -Nicholas Fund | | Dividend | | T | | | | | |
| 95.  -Fidelity Equity Inc. Fund | | Dividend | | T | | | | | |
| 96.  -Utah ST Ser B 4.5% | | Interest | | T | | | | | |
| 97.  -Denver Co. City & Co. SD | | Interest | | T | | | | | |
| 98.  -Vanguard IntnatlGroPofolio | | Dividend | | T | | | | | |
| 99.  -Vanguard Index500 Pofolio | | Dividend | | T | | | | | |
| 100.  -AIM Invesco Finan Svcs | | Dividend | | T | | | | | |
| 101.  -Vanguard Healthcare Portfolio | | Dividend | | T | | | | | |
| 102.  T Rowe Price MidCap Growth | | Dividend | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -King Co. WA Ref. Ser. A | | Interest | | T | | | | | |
| 104. Powershares QQQ formerly Nasdaq 100 Index Trcking Stock | | Dividend | | T | Sell | 3/14 | K | C | |
| 105. RICHARD D CUDAHY 1976 TRUST/HF&JSC TTEES | E | | P1 | T | | | | | B2=div, int, cap gain distributions |
| 106. -FederatedTreasOblFund (Y) | | Interest | | | | | | | |
| 107. -Charles Schwab Govt. Money Fund | | | | | | | | | |
| 108. U.S. Treas. Note | | Interest | | T | | | | | |
| 109. U.S. Treas. Note | | Interest | | T | | | | | |
| 110. U.S. Treas. Note | | Interest | | T | | | | | |
| 111. -Leander, TX Ind. Sch. | | Interest | | T | | | | | |
| 112. TX St Pub Fin Auth | | Interest | | T | | | | | |
| 113. -Tempe AZ | | Interest | | T | | | | | |
| 114. -Clark Cnty NV Ref Flood Contrl | | Interest | | T | | | | | |
| 115. -Kentucky Intloc Sch Trans Auth | | Interest | | T | | | | | |
| 116. -Pulaski Cnty AR | | Interest | | T | | | | | |
| 117. -Beaufort Cnty. S.C. | | Interest | | T | | | | | |
| 118. -Ishares Msci Emerg. Mkts Ind. Fund. | | Dividend | | T | | | | | |
| 119. -King Co. WA Ref. Ser. A | | None | | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Nicholas Fund | | Dividend | | T | | | | | |
| 121.  -Fidelity Equity Income Fund | | Dividend | | T | | | | | |
| 122.  -VanguardWorldIntnatlGrowth | | Dividend | | T | | | | | |
| 123.  -Vanguard Index Tr 500 | | Dividend | | T | | | | | |
| 124.  -Vanguard Health Care | | Dividend | | T | | | | | |
| 125.  -AIM Invesco Finan Svcs | | Dividend | | T | | | | | |
| 126.  -T Rowe Price MidCap Growth | | Dividend | | T | | | | | |
| 127.  Powershares QQQ formerly Nasdaq 100 Index | | Dividend | | T | Sell | 3/14 | K | C | |
| 128.  RDC CO | | | | | | | | | |
| 129.  -CashMarshall/IlsleyBnk Milw (Y) | | | | | | | | | |
| 130.  -Gen Municipal Money Mkt (Y) | | | | | | | | | |
| 131.  -S&P DeposRecptsSerl Com Stk (Y) | | | | | | | | | |
| 132.  -Streettracks Gold (Y) | | | | | | | | | |
| 133.  -Nicholas Fund | G | Dividend | L | T | | | | | |
| 134.  -Select Sector Spdr Tr Sbl Int-Tech (Y) | | | | | | | | | |
| 135.  -Select Sector Spdr Tr Sbi Int-Inds (Y) | | | | | | | | | |
| 136.  -Health Care Select Sector SPDR (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Select Sector Spdr Tr Sbi Int-Tech (Y) | | | | | | | | | |
| 138. Leander, TX Ind Sch Dist (Y) | | | | | | | | | |
| 139. -MS St Cap Imp Bldg Fund (Y) | | | | | | | | | |
| 140. -CypressFairbanks TX ISD | B | Interest | | | matured | 2/15 | K | A | |
| 141. -Lumberton, TX ISD (Y) | | | | | | | | | |
| 142. -Pasadena, TX (Y) | | | | | buy | 4/12 | L | | |
| 143. -Ohio ST Pub Facil | B | Interest | | | sell | 11/1 | K | A | |
| 144. -Zapata Co TX ISD (Y) | | | | | | | | | |
| 145. Tampa Bay FL Wat Util Sys Rev Ref (Y) | | | | | | | | | |
| 146. -Ishares MSCI EAFE Index Fund (Y) | | | | | | | | | |
| 147. -Ishares FTSE/Xinhua China (Y) | | | | | Buy | 9/19 | K | | |
| 148. -Ishares Japan Ind Fund | | | | | sell | 4/27 | K | | |
| 149. -Ishares Brazil (Y) | | | | | buy | 4/27 | L | | |
| 150. -Ishares MSCI Emerg Mkts Ind. (Y) | | | | | | | | | |
| 151. -AK State Housing (Y) | | | | | | | | | |
| 152. -Arlington TX Imprvmnt | B | Interest | | | matured | 8/15 | K | | |
| 153. -WA State HCFA Rev (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Nazareth TX  ISD | D | Interest | | | sell | 12/11 | M | | |
| 155.  -Collin Cnty TX CommunCollg | C | Interest | | | sell | 12/11 | M | C | |
| 156.  -U S Treas Stripped | | | | T | sell | 11/15 | L | E | Col B2-mkt disct accretion |
| 157.  -U S Treas Note | C | Interest | | | sell | 12/12 | M | B | |
| 158.  -U.S. Treas Note | B | Interest | | | sell | 12/12 | L | C | |
| 159.  -RICHARD D CUDAHY T #1 FBO PG - HF, Co-TTee | | | | | | | | | B2 - div, cap gain distributions |
| 160.  -FederatdTreasOblgtnsFund (Y) | | | | | | | | | |
| 161.  -US Treas Note (Y) | | | | | | | | | |
| 162.  -US Treas Note  (Y) | | | | | | | | | |
| 163.  -U S Treas Note (Y) | | | | | | | | | |
| 164.  -TX St Pub Fin Auth (Y) | | | | | | | | | |
| 165.  -Austin TX Ctfsoblig (Y) | | | | | | | | | |
| 166.  -King Co. WA Ref Ser A (Y) | | | | | | | | | |
| 167.  -Nixa MO SDR02 (Y) | | | | | | | | | |
| 168.  -Montgom AL Ser B (Y) | | | | | | | | | |
| 169.  -StLouisCntyMO SD R-6 (Y) | | | | | | | | | |
| 170.  -Tennessee Sch Board Auth (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns BI and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns CI and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Sapulpa Okla CapImprov (Y) | | | | | | | | | |
| 172. -Utah St. Ser B (Y) | | | | | | | | | |
| 173. No. Little Rock AR He Facs Bd (Y) | | | | | | | | | |
| 174. -Fidelity Equity Income (Y) | | | | | | | | | |
| 175. -AIM Invesco Finan Svcs (Y) | | | | | | | | | |
| 176. -Nicholas Fund (Y) | | | | | | | | | |
| 177. -TRowePriceMid-CapGrwthFd (Y) | | | | | | | | | |
| 178. -MS St Loc Sys Brdg Rehab (Y) | | | | | | | | | |
| 179. -Ishares Msci Emerging Mkts Ind. Fund (Y) | | | | | | | | | |
| 180. -Vanguard Health Care (Y) | | | | | | | | | |
| 181. -VanguardWorldInternatlGrwth (Y) | | | | | | | | | |
| 182. -Vanguard Index 500 (Y) | | | | | | | | | |
| 183. Powershares QQQ formerly Nasdaq 100 Index Tracking Stock (Y) | | | | | | | | | |
| 184. RICHARD D CUDAHY ⬤T #1 FBO ML - HF, Co-ttee Y) | | | | | | | | | B2=div, int, cap gain distributions |
| 185. -FederatedTreasOblFund (Y) | | | | | | | | | |
| 186. -U.S. Treas. Note (Y) | | | | | | | | | |
| 187. -U.S. Treas. Note (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -U S Treasury Note (Y) | | | | | | | | | |
| 189. -Utah ST (Y) | | | | | | | | | |
| 190. -No. Little Rock AR He Fac (Y) | | | | | | | | | |
| 191. -Austin TX Ctfs Obl (Y) | | | | | | | | | |
| 192. -King Co. WA Ser A (Y) | | | | | | | | | |
| 193. TX St Pub Fin Auth (Y) | | | | | | | | | |
| 194. -Nixa MO SD R02 (Y) | | | | | | | | | |
| 195. -Montg AL Ref Ser B (Y) | | | | | | | | | |
| 196. -StLouis CntyMO SD (Y) | | | | | | | | | |
| 197. MS St LocSys Bridge Rehab (Y) | | | | | | | | | |
| 198. -TN SchoolBoard Auth (Y) | | | | | | | | | |
| 199. -Sapulpa Okla Cap Improv (Y) | | | | | | | | | |
| 200. -Fidelity Equity Income (Y) | | | | | | | | | |
| 201. -AIM Invesco Finan Svcs (Y) | | | | | | | | | |
| 202. -Nicholas Fund (Y) | | | | | | | | | |
| 203. -T Rowe Price Mid-cap Growth (Y) | | | | | | | | | |
| 204. -Vanguard Health Care (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -VanguardWorldIntnatlGrowth (Y) | | | | | | | | | |
| 206.  -Vanguard Index 500 (Y) | | | | | | | | | |
| 207.  -Ishares Msci Emerging Mkts Ind. Fund (Y) | | | | | | | | | |
| 208.  Powershares QQQ formerly Nasdaq 100 Index (Y) | | | | | | | | | |
| 209.  RICHARD D CUDAHY ⬤T #2 FBO PG - HF & J Holtz, Ttees (Y) | | | | | | | | | B2 = div, int. cap gain distributions |
| 210.  -Federated Treas Obl Fund (Y) | | | | | | | | | |
| 211.  -U.S. Treas. Note (Y) | | | | | | | | | |
| 212.  -U.S. Treas. Note (Y) | | | | | | | | | |
| 213.  -U S Treas. Note (Y) | | | | | | | | | |
| 214.  -Austin TX (Y) | | | | | | | | | |
| 215.  -Kentucky Inter loc School Trans (Y) | | | | | | | | | |
| 216.  -King Co. WA Ref. Ser. A (Y) | | | | | | | | | |
| 217.  -Ishares Msci Emerg Mktr. Ind. Fund (Y) | | | | | | | | | |
| 218.  -Fidelity Equity Income (Y) | | | | | | | | | |
| 219.  -AIM InvescoFinan Svcs (Y) | | | | | | | | | |
| 220.  -Nicholas Fund (Y) | | | | | | | | | |
| 221.  -T Rowe Price Mid-cap Growth (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -TX St Pub Fin Auth Rev (Y) | | | | | | | | | |
| 223. -Vanguard Health Care (Y) | | | | | | | | | |
| 224. -VanguardWorldInternatlGrwth (Y) | | | | | | | | | |
| 225. -Vanguard Index 500 (Y) | | | | | | | | | |
| 226. Powershares QQQ formerly Nasdaq 100 Index (Y) | | | | | | | | | |
| 227. RICHARD D CUDAHY ● T #2 FBO ML - HF & J Holtz, Ttees | | | | | | | | | B2-div, int, cap gain distributions |
| 228. -Federated Treas Obl Fund (Y) | | | | | | | | | |
| 229. -U S Treas Note (Y) | | | | | | | | | |
| 230. -U S Treas Note (Y) | | | | | | | | | |
| 231. --Austin TX (Y) | | | | | | | | | |
| 232. -King Co. WA Ref. Ser. A (Y) | | | | | | | | | |
| 233. -Kentucky Interlo Sch Trans (Y) | | | | | | | | | |
| 234. TX St Pub Fin Auth Rev (Y) | | | | | | | | | |
| 235. -Ishares Msci Emerg. Mkts Ind Fd (Y) | | | | | | | | | |
| 236. -Fidelity Equity Income (Y) | | | | | | | | | |
| 237. -AIM Inesco Finan Svcs (Y) | | | | | | | | | |
| 238. -Nicholas Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.   -T Rowe Price Mid-cap Growth (Y) | | | | | | | | | |
| 240.   -Vanguard Health Care (Y) | | | | | | | | | |
| 241.   -VanguardWorld InternatllGrowth (Y) | | | | | | | | | |
| 242.   -Vanguard Index 500 (Y) | | | | | | | | | |
| 243.   Powershares QQQ formerly Nasdaq 100 Index (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Under Part VII. - Investments and Trusts

Money market funds previously held as "Federated Treas Obl Fund" by were transferred to Schwab as of January, 2007. We have given the former the "Y" designation for this year's report.

Assets held under the partnership called RDC Co. were distributed during December, 2007, to the ████████ for whom they had been held. ███████████ ██████████ and Judge Cudahy is no longer a trustee for these assets. Equity as of 12/31/07 in one remaining fund under this entity was distributed in early 2008, and RDC Co. has ceased to exist. This final divestiture will be reflected in the report for 2008.

Throughout the report, stocks formerly referred to as Nasdaq 100 Index were given a new name: Powershares QQQ.

By December 31, 2007, all assets held in Richard D. Cudahy ████████ Trusts #1 and #2 for the benefit of the ███████████████ (and for which Judge Cudahy has been co-trustee till 2007) were transferred to the ██████ for their own benefit. We will no longer be required to include these trusts on Judge Cudahy's Financial Disclosure Report, because he no longer has an interest. These assets have been identified with the (Y) designation on this year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



S

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544